IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BLUEFIELD

SILVER BUCKMAN,

    Plaintiff,

v.                                CIVIL ACTION NO. 1:20-00136

M.E. REHERMAN, Warden,
FPC Alderson,

    Defendant.

### JUDGMENT ORDER

    For reasons expressed in the Memorandum Opinion and Order filed this day, the court **DENIES** plaintiff's petition under 28 U.S.C. § 2241; **DISMISSES** this civil action; and directs the Clerk to remove this case from the court's active docket.

    The Clerk is directed to forward a certified copy of this Judgment Order to plaintiff and counsel of record.

    **IT IS SO ORDERED** this 26th day of October, 2022.

ENTER:

*David A. Faber*

David A. Faber
Senior United States District Judge